**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br>Plaintiff,<br>v.<br>ALLIANCE AFFILIATED EQUITIES CORPORATION, *et al.*,<br>Defendants. | Civil Action No: 1:14-cv-00415 RJB<br><br>**ORDER** |

This matter comes before the Court pursuant to Plaintiff James R. Zazzali's Motion to Voluntarily Dismiss, With Prejudice, Claims Against Alliance Affiliated Equities Corporation and David Paul Dyer, pursuant to Fed. R. Civ. P. 41(a)(2) (the "Motion").

Having reviewed the Motion and for good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Motion to Voluntarily Dismiss, With Prejudice, Claims Against Alliance Affiliated Equities Corporation and David Paul Dyer (Doc. 625) is **GRANTED**.
2. The prior dismissal of all of Plaintiff's claims in the above-captioned action against Defendants Alliance Affiliated Equities Corporation and David Paul Dyer ("Defendants") only without prejudice, with each party to bear their own attorney's fees and costs, [Doc. No. 624], is hereby converted to a dismissal with of all of Plaintiff's claims against Defendant with prejudice, with each party to bear their own attorney's fees and costs.

3. This matter is now fully resolved, and the case is **CLOSED**.

Dated this 4th day of January, 2019.

ROBERT J. BRYAN
United States District Judge

Submitted By:

Keely E. Duke
ISB #6044; ked@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
P.O. BOX 7387
Boise, Idaho 83707
Telephone: (208) 342-3310
Facsimile: (208) 342-3299